No. 21-11858

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

**MICHAEL PEYTON GUNN**,

Petitioner-Appellant,

v.

**UNITED STATES OF AMERICA**,

Respondent-Appellee.

---

On Appeal from the United States District Court
for the Southern District of Georgia

---

**GOVERNMENT'S APPENDIX**

---

DAVID H. ESTES
UNITED STATES ATTORNEY

Justin G. Davids
Assistant United States Attorney
United States Attorney's Office
22 Barnard Street, Suite 300
Savannah, Georgia 31401
(912) 652-4422

## <u>CERTIFICATE OF INTERESTED PERSONS</u>
## <u>AND CORPORATE DISCLOSURE STATEMENT</u>

COMES NOW the United States of America, by and through David H. Estes, United States Attorney for the Southern District of Georgia, and files its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

Christine, Bobby L.

Davids, Justin G.

Doe, Jane

Epps, Hon. Brian K.

Estes, David H.

Groover, Tania D.

Gunn, Amanda Howard

Gunn, Michael Peyton

Hall, Hon. J. Randal

Knoche, Karl I.

Lyons, Tara M.

Merzlak, Shawn Michael

Nelson, Frank Adam

Wahman, Sheila Grider

No publicly traded company or corporation has an interest in the outcome of this case or appeal.

# INDEX OF GOVERNMENT'S APPENDIX

**Docket Entry**

1. Magistrate Court Docket — USA v. Gunn .......... Docket (1:20-MJ-007)

2. Criminal Complaint (REDACTED). ................................................DE 3

3. Court Clerk's Minutes — Initial Appearance / Complaint. ..........DE 18

## CERTIFICATE OF SERVICE

The foregoing Government's Supplemental Appendix was filed today using the Court's electronic filing system, and thereby served on opposing counsel, at their Court-registered e-mail address, pursuant to Fed. R. App. P. 25(c)(1)(C) and 25(c)(2), and 11th Cir. R. 25-3(a).

Pursuant to 11th Cir. R. 30-1, two (2) paper copies of this Appendix were also sent by Federal Express to:

Clerk of Court
United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

This 9th day of January, 2023.

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Justin G. Davids*

Justin G. Davids
Assistant United States Attorney
Missouri Bar No. 57661
*justin.davids@usdoj.gov*

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422

# <u>DOCKET</u>

Magistrate Court (1:20-MJ-007),

<u>USA v. Michael Peyton Gunn</u>

### *1:20mj7, USA v. Gunn*

US District Court Criminal Docket

United States District Court, Georgia Southern

(Augusta)

**This case was retrieved on 12/20/2022**

## Header

**Date Filed:** 02/07/2020                                    **Class Code:** Closed
**Other Docket:** None                                         **Closed:** 07/06/2022

## Participants

### Defendant

**Name**

Michael Peyton Gunn

*TERMINATED: 07/06/2022*

**Attorneys**

Shawn M. Merzlak
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Hawk Law Group
338 Telfair Street
Augusta, GA 30901
USA
smerzlak@hawklawgroup.com
706-722-3500   Fax: 866-295-0234   Designation: CJA
Appointment

## Charges

**Complaints:** 18 U.S.C.  2251(b) Sexual Exploitation of Children

**Pending:** none

**Terminated:** none

**Case Assigned To:** Magistrate Judge Brian K. Epps

## Disposition

### Defendant

**Name**

209 Nicklaus Court, Evans, Georgia

*TERMINATED: 07/06/2022*

**Attorneys**

## U.S. Attorneys

Tara M. Lyons

LEAD ATTORNEY;ATTORNEY TO BE NOTICED

U.S. Attorney's Office, SDGA

600 James Brown Blvd, Suite 200

Augusta, GA 30901

USA

tara.lyons@usdoj.gov

706-724-0517
Fax: 706-724-7728
Designation: Retained

# Proceedings

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 1 | 02/07/2020 | MOTION to Seal, by Tara M. Lyons as to Michael Peyton Gunn. (Document Sealed) (jlh) (Entered: 02/07/2020) | |
| 2 | 02/07/2020 | ORDER granting 1 Motion to Seal as to Michael Peyton Gunn (1). Signed by Magistrate Judge Brian K. Epps on 02/06/2020. (jlh) (Entered: 02/07/2020) | |
| 3 | 02/07/2020 | SEALED COMPLAINT as to Michael Peyton Gunn (1). (Attachment: # 1 Affidavit.) (jlh) (Entered: 02/07/2020) | |
| 9 | 02/07/2020 | MOTION to Seal Search Warrant and All Related Papers by Tara M. Lyons as to 209 Nicklaus Court, Evans, Georgia. (jlh) Modified on 2/7/2020 (jlh). (Entered: 02/07/2020) | |
| 10 | 02/07/2020 | ORDER granting 9 Motion to Seal Search Warrant and All Related Papers as to 209 Nicklaus Court, Evans, Georgia (2). Signed by Magistrate Judge Brian K. Epps on 02/07/2020. (jlh) (Entered: 02/07/2020) | |
| 13 | 02/07/2020 | Minute Entry for proceedings held before Magistrate Judge Brian K. Epps: Initial Appearance as to Michael Peyton Gunn held on 2/7/2020. Defendant intends to retain counsel. Court will reconvene the week of February 10. (Court Reporter FTR.) (cjc) (Additional attachment(s) added on 2/10/2020: # 1 corrected) (cjc). (Entered: 02/07/2020) | |
| 14 | 02/10/2020 | Search Warrant Returned Executed on 02/07/2020 as to 209 Nicklaus Court, Evans, Georgia. (jlh) (Entered: 02/10/2020) | |
| 15 | 02/10/2020 | CJA 23 Financial Affidavit by Michael Peyton Gunn. (jlh) (Entered: 02/10/2020) | |
| 16 | 02/11/2020 | CJA 20 - TEXT ORDER for Appointment of Attorney Shawn Merzlak as to Michael Peyton Gunn. Signed by Magistrate Judge Brian K. Epps on 02/10/2020. (maa) (Entered: 02/11/2020) | |
| 17 | 02/11/2020 | Notice to CJA Counsel: CJA Packet attached including Post-Conviction Obligations - CLICK HERE TO READ. (maa) (Entered: 02/11/2020) | |
| 18 | 02/11/2020 | Minute Entry for proceedings held before Magistrate Judge Brian K. Epps: Initial Appearance as to Michael Peyton Gunn held on 2/11/2020. Defendant remanded pending trial. (Court Reporter FTR.) (maa) (Entered: 02/11/2020) | |
| 19 | 02/11/2020 | MOTION to Unseal Case, by Tara M. Lyons as to Michael Peyton Gunn, 209 Nicklaus Court, Evans, Georgia. (jlh) (Entered: 02/11/2020) | |
| 20 | 02/11/2020 | ORDER granting 19 Motion to Unseal Case as to Michael Peyton Gunn (1), 209 Nicklaus Court, Evans, Georgia (2). Signed by Magistrate Judge Brian K. Epps on 02/11/2020. (jlh) (Entered: | |

USCA11 Case: 22-11858    Document: 25    Date Filed: 01/09/2023    Page: 9 of 27
1:20mj7, USA v. Gunn

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | 02/11/2020) | |
| 21 | 02/11/2020 | ORDER directing Defendant to avoid any direct or indirect communications of any kind or nature with the alleged minor victim. All parties are directed to file briefs on or before Thursday, February 13, 2020 regarding their respective positions on the prohibition on communications with Defendant's wife. Until the issuance of a final ruling, the Court Orders Defendant to avoid any direct or indirect communications of any kind or nature with his wife. Signed by Magistrate Judge Brian K. Epps on 02/11/2020. (jlh) (Entered: 02/11/2020) | |
| | 02/11/2020 | Set/Reset Deadlines as to Michael Peyton Gunn: Brief re 21 Order due by 2/13/2020. (jlh) (Entered: 02/12/2020) | |
| 22 | 02/12/2020 | DETENTION ORDER as to Michael Peyton Gunn. Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility. Signed by Magistrate Judge Brian K. Epps on 02/12/2020. (jlh) (Entered: 02/12/2020) | |
| 23 | 02/12/2020 | BRIEF OPPOSING NO CONTACT PROVISION by Michael Peyton Gunn (Merzlak, Shawn) (Entered: 02/12/2020) | |
| 24 | 02/13/2020 | MOTION by Government to Withdraw Motion to Restrict Defendant's Contact With Witnesses by Tara M. Lyons as to Michael Peyton Gunn, 209 Nicklaus Court, Evans, Georgia. Responses due by 2/27/2020. (Lyons, Tara) Modified on 2/13/2020 (jlh). (Entered: 02/13/2020) | |
| 25 | 02/14/2020 | ORDER granting 24 Motion by Government to Withdraw Motion to Restrict Defendant's Contact With Witnesses; furthermore, the Court lifts its restriction on contact between Defendant and his wife imposed in the 21 Order. The restriction on communication with the alleged minor victim shall remain in full force and effect. Signed by Magistrate Judge Brian K. Epps on 02/14/2020. (jlh) (Entered: 02/14/2020) | |
| 26 | 07/08/2022 | CJA 20 as to Michael Peyton Gunn: Authorization to Pay Shawn M Merzlak. Amount: $1,163.40, Voucher #113J.1405996. Signed by Magistrate Judge Brian K. Epps on 7/6/22. (slt) (Entered: 07/08/2022) | |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

**End of Document**

# **DOCKET ENTRY #3**

Magistrate Court Criminal Complaint

(REDACTED)

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Georgia

U.S. DISTRICT
IA DIV.

2020 FEB -7  AM 8: 52

CLERK J. Hodge
SO. DIST. OF GA.

| United States of America | ) | |
| v. | ) | |
| Michael Peyton Gunn | ) | Case No.  1:20 - mj -007 |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 2018 to November 2019___ in the county of _____Columbia_____ in the
_____Southern_____ District of _____Georgia_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. Section 2251(b) | Sexual Exploitation of Children |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Harold D. Godbee, III
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___02/06/2020___

_____
*Judge's signature*

City and state: _____Augusta, Georgia_____

Honorable Brian K. Epps
*Printed name and title*

I, Harold "Tripp" D. Godbee, III, a Special Agent with the Federal Bureau of
Investigation, being duly sworn, hereby depose and state the following is true and
correct to the best of my knowledge and belief:

## INTRODUCTION AND AGENT BACKROUND

1.      I am a Special Agent with the Federal Bureau of Investigation, and
have been since May 2016, and I am currently assigned to the Atlanta Division,
Augusta Resident Agency.  As a Federal Agent, I am authorized to investigate
violations of laws of the United States and to execute warrants issued under the
authority of the United States. I currently work with a Child Exploitation Task
Force, wherein my duties and responsibilities include investigating criminal
violations relating to the Sexual Exploitation of Children (SEOC). I have
investigated SEOC violations since 2016 and have gained valued experience in
these types of investigations through training, classes, and my everyday work.
As part of my duties, I investigate criminal violations relating to child exploitation
and child pornography, including violations pertaining to the illegal production,
distribution, receipt and possession of child pornography, in violation of Title 18,
United States Code, Sections 2251, 2252, and 2252A.  I have received training and
instruction in the field of investigation of child pornography and have had the
opportunity to participate in investigations relating to the sexual exploitation of
children.  As part of my training and experience, I have reviewed images containing
child pornography in a variety of formats (such as digital still images and video

images) and media (such as digital storage devices, the Internet, and printed images).

2.     This affidavit is submitted in support of an application for a criminal complaint related to of violations of Title 18, United States Code, Section 2251(b).

3.     Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.  I have set forth facts that I believe are necessary to establish probable cause to believe that MICHEAL PEYTON GUNN has committed a violation of Title 18, United States Code, Section 2251(b).

4.     The information contained within the affidavit is based on my training and experience, as well as information imparted to me by other law enforcement officers.

## RELEVANT STATUTES

5.     This investigation concerns alleged violations of 18 U.S.C. Section 2251(b) relating to material involving the sexual exploitation of minors.

6.     Beginning at a time unknown, but beginning at least in January 2018 and continuing up and until on or about November 2019, in Columbia County, within the Southern District of Georgia, MICHAEL PEYTON GUNN, being the parent of a minor, knowingly permitted such minor child to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced using materials that had been mailed, shipped

2

and transported in or affecting interstate or foreign commerce by any means, including by computer, and such visual depiction had actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.  This is a violation of Title 18, United States Code, Section 2251(b).

7.     Title 18 United States Code, Sections 2221, 2252 and 2252A prohibit a person from knowingly possessing or accessing child pornography with the intent to view it as well as transporting, receiving, distributing or possessing in interstate or foreign commerce, or by using any facility or means of interstate or foreign commerce, any visual depiction of minors engaging in sexually explicit activity (that is, child pornography). This investigation concerns alleged violations of 18 U.S.C. § 2251, relating to material involving the sexual exploitation of minors.

   a.  18 U.S.C 2251 prohibits any person from employing, using, persuading, inducing, enticing, or coercing any minor to engage in, or having a minor assist any other person to engage in, or any person who transports any minor in or affecting interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct.

## DEFINITIONS

8.      The following definitions apply to this Affidavit.

9.      "Child Pornography" includes the definition in 18 U.S.C. § 2256(8) (any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct).

10.      "Visual depictions" includes prints, copies of visual images, developed and undeveloped film and videotape, and data stored on computer disk or by electronic means, which is capable of conversion into a visual image  See 18 U.S.C. § 2256(5).

## BACKGROUND OF THE INVESTIGATION AND PROBABLE CAUSE

11.      On January 29, 2020, Special Agent Joe R Anders, FBI Dallas, Texarkana Residence Agency, opened an investigation into Julian Kesten Freeman Jr. (Freeman). This case was opened to investigate the distribution of child pornography on multiple social media platforms.

12.      Originally, this case was investigated by the Hopkin's County, Texas Sheriff's Office. During their investigation, on January 13, 2020, the Sheriff's Office executed a search warrant at Freeman's residence in Hopkins County, Texas.

13.     During the execution of this search warrant, a Samsung Galaxy Note 9 cellular device bearing IMEI: 358496098220807 was seized from Freemans' person and seized by Hopkin's County Deputies.

14.     On February 4, 2020, using a forensic tool on a forensic work station, SA Anders performed a forensic extraction of the Samsung Galaxy Note 9 cellular device bearing IMEI: 358496098220807. Upon review of the collected data, SA Anders noted approximately 600 files, consisting of images and videos, that all appeared to be of the same female child (herein after referred to as minor victim 1).

15.     The majority of these 600 files viewed by SA Anders were high definition and relatively large. SA Anders viewed multiple images and videos that were child pornography.  SA Anders noted multiple images that depict minor victim 1 in front of a home, inside of a bedroom, and in a swimming pool. A selection of these images are as follows:

| File Name | File Description |
|---|---|
| 20191011_023712.jpg | This image file depicts minor victim 1 laying on her back on what appears to be a wooden floor. The child is wearing a white shirt that is pulled up to expose her breasts. The child is also wearing white panties that are pulled down to expose her vagina to the camera. |
| QUIK_20181218_091231.mp4 | This 34 second video file depicts minor victim 1 situated on a bed with light colored bedding. The child is wearing a whit bra and black panties. The child undresses on the bed and masturbates in front of the camera. |

| | |
|---|---|
| 20191107_060551.jpg | This image file depicts minor victim 1 lying on her back on what appears to be a brown colored sofa. She is only wearing a pink sweater that is pulled down exposing her breasts. The child's hands are spreading her genitals apart which are the focus of the camera. |
| IMG_20190411_083640922.jpg | This image file depicts minor victim 1 who appears to be standing in a bedroom with a white dresser in the background. The child is holding a pink piece of paper with the message "I Am Riley Cruise 4/11/19." It should be noted that this is not the child's actual first name. |
| IMG_20190519_110638393.jpg | This image file depicts minor victim 1 standing in a room with white walls. She is wearing a yellow dress with roses on it. The child is also wearing a beaded necklace bearing her real first name. |

16.     Based on a review of the files,  the training and experience of SA Anders and your affiant, the following files constitute child pornography, as defined by 18 U.S.C. § 2256:  20191011_023712.jpg, QUIK_20181218_091231.mp4 and 20191107_060551.jpg.

17.     SA Anders conducted an additional analysis of the device to include the examination of EXIF data present in many of the image files. EXIF data, sometimes called metadata, is a collection of information that is stored by the camera or cellular phone at the moment you capture the image or video. This information includes many settings and other technical aspects to include, but not limited to, the date the image or video was captured, resolution, device data and geolocation.

18.     According to embedded EXIF data reviewed by SA Anders, the images depicting minor victim 1 that were found on Freeman's device contained

metadata indicating capture dates that begin in December 2018 and end in November 2019.

19.     Additionally, SA Anders was able to obtain geolocation data imbedded within the files.  The geolocation data indicated that several images were captured near 121 Palmer Court or 220 Nicklaus Court, Evans, Georgia.

20.     Based on the embedded geolocation data, SA Anders utilized Google Maps to observe street views near 121 Palmer Court or 220 Nicklaus Court, Evans, Georgia. The homes depicted on Google Maps' street view, in and around 121 Palmer Court and 220 Nicklaus Court, Evans, Georgia, matched the homes depicted in the background of many of the images containing minor victim 1.

21.     On the evening of February 4, 2020, Freeman was interviewed at the Hopkin's County Sheriff's Office by Chief Deputy Corley Weatherford. Chief Deputy Weatherford is the lead investigator for the state regarding Freeman.

22.     Freeman's counsel was present during this interview. Freeman provided the following information:

      a.  Freeman distinctly remembered downloading images of a child who was holding up a sign with the message "Riley Cruise" or "Cruise."

      b.  Freeman stated that he was chatting with someone who he believes went by the screen name "ToxicDove" on either FetLife.com or Twitter.

   c.   This person provided Freeman with a Dropbox link containing all of the images and videos of minor victim 1. Freeman downloaded the entire contents of the DropBox folder that was shared.

23.    On February 6, 2020, SA Anders performed additional analysis on the Samsung Galaxy Note 9 cellular device bearing IMEI: 358496098220807. Using a forensic tool capable of extracting chat application data from the subject device, SA Anders viewed chats between Freeman and TextNow contacts named "Riley Dad", "Riley Mom" and "Riley".

24.    SA Anders observed messages from November 11, 2019, between Freeman and "Riley +17629447790".



25.    SA Anders observed a message from November 11, 2019, between Freeman and "Riley Dad +16787346344" and "Riley Mom ++16787346344".

8



26.    SA Anders reviewed a chat that occurred on December 25, 2019, between Freeman and "Riley Dad +17629941872". During this chat, accompanying an image of child pornography containing minor victim 1, Freeman commented to user "Riley Dad" "Your daughter want you to cum in her cunt and breed her."



9

27.     Utilizing an online tool available to law enforcement, investigators queried the phone number (762) 994-1872. This phone number resolved as active with the operating company Comcast Phone of Georgia LLC., matches to Michael Gunn, SSN# xxx-xx-0292, 220 Nicklaus CT. Evans, GA. 30809.

28.     On February 4, 2020, your affiant was contacted by SA Joe Anders.

29.     Based on the information provided by SA Anders, your affiant canvassed the neighborhood in and around 121 Palmer Court and 220 Nicklaus Court, Evans, Georgia on February 5, 2020.

30.     During SA Godbee's review of the images received from SA Anders, SA Godbee observed two significant items in the images:  1) a unique structural detail; and 2) a birdfeeder.  These items were significant because they allowed SA Godbee to narrow the incident location to an area based on the presence of the same items in the neighborhood and in the images.

31.     Based on information provided by neighbors, SA Godbee was able to determine that a family with a girl lived at 209 Nicklaus Court, Evans, Georgia.

32.     SA Godbee determined that based on a review of the images, the approximate age of the minor victim 1 in the images was likely middle school age.

33.     SA Godbee determined that Stallings Island Middle School was the public school for this neighborhood.

34.     On February 5, 2020, SA Godbee traveled to Stallings Island Middle School and showed an image of the minor victim 1 to the School Principal and Guidance Counselor.

35.   Based on their review of the image, SA Godbee was provided the name

████████. This was consistent with what SA Godbee was able to observe in one of the

images of the minor victim 1 provided by SA Anders. SA Godbee was able to observe

a necklace on the minor victim 1 in one of the images provided by SA Anders.  The

necklace appeared to spell out ██ and ██.

36.   At that time, the school provided SA Godbee with an image of a

student named ████████. SA Godbee found that the minor in the picture

provided by the school was the same minor in the images provided by SA Anders.

37.   On February 5, 2020, at approximately 4:56 p.m. at 209 Nicklaus

Court, Evans, Georgia, your affiant met with MICHAEL PEYTON GUNN and

AMANDA GUNN, parents of minor victim 1.  At that time, MICHAEL PEYTON

GUNN and AMANDA GUNN identified clothed images of minor victim 1 shown to

them by SA Godbee.

38.   During this meeting, the parents were asked to provide the minor

victim 1's current cellular device.  The parents believed that the minor victim 1 was

currently utilizing an Iphone.  SA Godbee was later told by the parents that the

minor victim 1 had lost the device.    The parents also believed that the minor

victim 1 utilized an Android and a Motorola G6 Play.

39.   During the forensic analysis of EXIF data from Freeman's Samsung

device, SA Anders observed that multiple images of minor victim 1 were captured

with a Motorola G6 Play.

11

40. On February 6, 2020, a forensic interview of minor victim 1 was conducted at the Augusta Resident Agency of the FBI at 1:00 p.m. Minor victim 1 provided the following information:

     a. Minor victim 1 indicated that she had taken the images of herself using a tripod.

     b. When shown the following photograph, minor victim 1 could not recall who was wearing the white sneaker depicted.



41. On February 6, 2020, agents with the FBI conducted a consensual search at 209 Nicklaus Court, Evans, Georgia. Consent was provided by MICHAEL PEYTON GUNN.

42.     During a search of the residence, agents located white sneakers on a shelf located next the front door.

43.     MICHAEL PETYON GUNN, AMANDA GUNN, and minor victim 1 identified the white sneakers as belonging to MICHEAL PEYTON GUNN.



44.     After locating the white sneakers, SA Godbee asked AMANDA GUNN's permission to ask minor victim 1 additional questions.

45.     While showing the following image to the minor victim 1, SA Godbee asked minor victim 1 about the white sneakers and who was responsible for taking the images of minor victim 1. Minor victim 1 answered in the affirmative when asked by SA Godbee if her father took the pictures of her.  During this time, SA

Godbee, SA Garrick, AMANDA GUNN and minor victim 1 were present. All adults present indicated that they heard minor victim 1 answer SA Godbee in the affirmative when asked about whether her father took the images.



Respectfully submitted,

Harold D. Godbee, III
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
on February ⁄ ⁄ 2020:

HONORABLE BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE

14

# **DOCKET ENTRY #18**

Magistrate Court Clerk's Minutes

Initial Appearance / Complaint

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

### CLERK'S MINUTES

CASE NO.: 1:20mj7                          DATE: 02/11/2020

UNITED STATES OF AMERICA                   TIMES: 2:02 - 2:16

V.

 MICHAEL PEYTON GUNN

**Honorable:** Brian K. Epps, United States Magistrate Judge **Courtroom Deputy:** Morgan Akins

**Court Reporter:** FTR                    **Law Clerk/Interpreter:**

**Probation Officer:** Enoch Eller         **Security:** Ingram/Williams/Keen

**Attorney for Government:** Tara Lyons

**Attorney for Defendant(s):** Shawn Merzlak

**PROCEEDINGS:      INITIAL APPEARANCE/COMPLAINT**

[✓] All parties present and ready to proceed    [✓] Court finds defendant competent to proceed

[✓] Defendant advised of rights                 [✓] Defendant advised of charges/allegations in Affidavit

[✓] Defendant advised of right to preliminary hearing

[✓] Defendant waives preliminary hearing

[ ] Preliminary Hearing scheduled for:

[✓] Government moves for detention

[ ] Detention Hearing scheduled for:

[ ] Detention Hearing held

Witness for the Govt:                                      [ ] Witness sworn

Witness for the Deft:                                      [ ] Witness sworn

[ ] Defendant Detained Pending Detention Hearing

[✓] Defendant Detained Pending Trial.

[✓] Defendant remanded to custody of US Marshal

Notes: